# EXHIBIT B

## David Schupmann

**From:** Gregory Hinkle
**Sent:** Friday, September 9, 2022 3:34 PM
**To:** David Schupmann
**Cc:** Rick Lewis
**Subject:** Vesting of your 2018 grant of options

I have reviewed the draft "Non-qualified Stock Option Agreement" included in Exhibit D to the Resolutions of the Board of Directors of Montis Tenura, Inc., that were adopted and effective as of July 18, 2018. Assuming the terms of the final, executed Agreement are the same as those of the draft Agreement, this is the vesting schedule for your options under that Agreement:

| Number of Option Shares | | 57,500 |
|---|---|---|
| | **Option Shares Vested** | |
| **Vesting Date** | **Annual** | **Cumulative** |
| May 1, 2019 | - | - |
| 2020 | - | - |
| 2021 | - | - |
| 2022 | 5,750 | 5,750 |
| 2023 | 5,750 | 11,500 |
| 2024 | 5,750 | 17,250 |
| 2025 | 5,750 | 23,000 |
| 2026 | 5,750 | 28,750 |
| 2027 | 5,750 | 34,500 |
| 2028 | 5,750 | 40,250 |
| | 8,625 | Yr 1 after Change in Control |
| | 8,625 | Yr 2 after Change in Control |
| April 30, 1 | Expiration Date | |

This doesn't reflect any later option awards, but it does show that you have vested Options that could be converted to 5,750 shares immediately.

1

Fortis Forcast Dec21Rev1

# With $8,582 Claims Reserve

**2021 Forecast Pg 1**

## Projections Beginning In Year — 2021 — Forecast for 10 Years

### 1) Sales and P&L Forecasts — GAAP Income Statement Summary

| Calendar Year | Ttl Cash Sales | Projected Cash Sales | % Chg to Prior Yr | Warranty Earn'd Rev 10.0% | Recondtn Billings 1.0% | Adjusted Total Revenues | Recondtn Cost -10.0% of Cash Rev | Claims Cost -10.0% of Ern Rev | Other Cost of Sales Consider | Annual Sales&Mktg -10.0% | Annual Admin -10.0% | GAAP EBITDA Based on GAAP Earn'd Rev | Adjust EBITDA to Cash-EBITDA | Change To Cash-EBITDA C-EBITDA* Key Value Metric |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019Act |  | 8,526 | 6% | 4,217 | 95 | 4,217 | (950) | (429) | 0 | (1,500) | (1,500) | 980 |  | 5,289 |
| 2020Act |  | 6,952 |  | 3,530 | 378 | 3,908 | (836) |  | (179) | (1,508) | (981) | 385 |  | 3,807 |
| 2021ACT |  | 7,335 |  | 4,045 |  | 4,045 |  | (1,033) | (174) | (1,917) | (1,200) | (279) |  | 3,011 |
| 2022 | 2,700 | 9,500 | 30% | 4,293 | 95 | 4,388 | (950) | (429) | 0 | (1,500) | (1,300) | 209 | Adjust GAAP EBITDA to Cash-EBITDA | 5,416 |
| 2023 | 3,500 | 12,200 | 28% | 5,084 | 122 | 5,206 | (1,220) | (508) | 0 | (1,700) | (1,500) | 277 |  | 7,394 |
| 2024 | 3,500 | 15,700 | 29% | 6,145 | 157 | 6,302 | (1,570) | (615) | 0 | (2,000) | (1,800) | 318 |  | 9,872 |
| 2025 | 4,500 | 20,200 | 29% | 7,551 | 202 | 7,753 | (2,020) | (755) | 0 | (2,500) | (2,300) | 178 |  | 12,827 |
| 2026 | 5,000 | 25,200 | 25% | 9,316 | 252 | 9,568 | (2,520) | (932) | 0 | (2,520) | (2,520) | 1,076 |  | 16,960 |
| 2027 | 6,000 | 31,200 | 24% | 11,504 | 312 | 11,816 | (3,120) | (1,150) | 0 | (3,120) | (3,120) | 1,306 |  | 21,002 |
| 2028 | 7,500 | 38,700 | 24% | 14,224 | 387 | 14,611 | (3,870) | (1,422) | 0 | (3,870) | (3,870) | 1,578 |  | 26,055 |
| 2029 | 9,000 | 47,700 | 23% | 17,571 | 477 | 18,048 | (4,770) | (1,757) | 0 | (4,770) | (4,770) | 1,981 |  | 32,110 |
| 2030 | 11,000 | 58,700 | 23% | 21,684 | 587 | 22,271 | (5,870) | (2,168) | 0 | (5,870) | (5,870) | 2,493 |  | 39,509 |
| 2031 | 13,300 | 72,000 | 23% | 26,716 | 720 | 27,436 | (7,200) | (2,672) | 0 | (7,200) | (7,200) | 3,164 |  | 48,448 |

### 2) Cash Flows — Other Cash Flows - Impact Balance Sheet

| Calendar Year | CASH EBITDA* | % Chg to Prior Yr | Claims Fund** Releases | Escrow Fund | $ Put Into Funded Accts Tax Exp 25.0% | Deferrd Taxes 9.4% Bal Sht | Work'g Capital 10% Bal Sht | Purch Fixed Assets Bal Sht | Invsted In Assets Affiliate Bal Sht | Net Cash CF Before Investor Activity | Investor Activity Changes to Debt | Investment Changes & Interest Pmts Other Inc& Int (Expens) -12% | Bottom Line Net-Net CASH Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019Act | 5,289 | -21% | (2,521) | 555 | (192) | 1,238 | (831) | (8) | (155) | 3,807 | 500 | (214) | 4,093 |
| 2020Act | 3,807 |  | (822) | 759 | (96) | (783) | (150) | 29 |  | 1,058 | 0 | (150) | 908 |
| 2021ACT | 3,011 |  |  |  | 70 | 84 | (166) |  | 217 | 2,936 | 0 | (150) | 2,786 |
| 2022 | 5,416 | 80% | (521) | 1,083 | (192) | 20 | 823 | 0 | 0 | 6,768 | 0 | 0 | 6,768 |
| 2023 | 7,394 | 37% | (712) | 1,826 | (219) | 82 | (217) | 0 | 0 | 8,154 | (1,750) | (150) | 6,254 |
| 2024 | 9,872 | 34% | (955) | 1,804 | (79) | 30 | (270) | 0 | 0 | 10,401 | 0 | 0 | 10,401 |
| 2025 | 12,827 | 30% | (1,265) | 256 | (44) | 17 | (350) | 0 | 0 | 11,440 | 0 | 0 | 11,440 |
| 2026 | 16,960 | 32% | (1,588) | 1,947 | (269) | 101 | (450) | 0 | 0 | 16,701 | 0 | 0 | 16,701 |
| 2027 | 21,002 | 24% | (1,970) | 1,154 | (326) | 122 | (500) | 0 | 0 | 19,482 | 0 | 0 | 19,482 |
| 2028 | 26,055 | 24% | (2,448) | 678 | (395) | 148 | (600) | 0 | 0 | 23,438 | 0 | 0 | 23,438 |
| 2029 | 32,110 | 23% | (3,013) | 613 | (495) | 186 | (750) | 0 | 0 | 28,650 | 0 | 0 | 28,650 |
| 2030 | 39,509 | 23% | (3,702) | 1,164 | (623) | 234 | (900) | 0 | 0 | 35,682 | 0 | 0 | 35,682 |
| 2031 | 48,448 | 23% | (4,528) | 1,471 | (791) | 297 | (1,100) | 0 | 0 | 43,796 | 0 | 0 | 43,796 |

Carry Over Net Cash Flow: 592,629

**Claims Fund = X% of Deferred Revenues less X% of Bank Escrow Bal

Residual Value Multx 15.0
Value Discount Rate= 25.0%

| | 2022 | 2023 | 2024 |
|---|---|---|---|
| NPV - End of Yr- | $129,726 | $157,804 | $193,238 |
| EOY Cash Bal | 9,814 | 16,068 | 26,469 |
| NPV as of End of Yr- | | | |

= A High (Aftr Tax) Disc Rate (But Commensurate With Risk)

These Tie to Value Multiples — NPV is a value measure that increases each yr — projections — While the Value Multiple is current Yr only — and must be adjusted to reflect the future

Page 1    8/2/2022

# Fortis 10 Year Forecast

## Projections Beginning in Year 2022 — Forecast for 10 Years — Pg 1

### 1) Sales and P&L Forecasts — GAAP Income Statement Summary

| Calendar Year | Projected Cash Sales | Sales Add Each | % Chg to Prior Yr | Warranty Earn'd Rev 10.0% | Recondtn Billings 1.0% | Adjusted Total Revenues | Recondtn Cost -10.0% of Cash Rev | Claims Cost -10.0% of Ern Rev | Other Cost of Sales Consider | Sales&Mktg Annual 20% after 2025 | Admin Annual -10.0% | GAAP EBITDA Based on Earn'd Rev | Adjust GAAP EBITDA to Cash-EBITDA | Change To Cash-EBITDA C-EBITDA* Key Value Metric |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021ACT | 7,335 | | | 4,045 | | 4,045 | | | | | | | (279) | 3,011 |
| 2022 | 9,500 | | 30% | 4,293 | 95 | 4,388 | (950) | (429) | 0 | (1,500) | (1,300) | 209 | | 5,416 |
| 2023 | 12,200 | 2,700 | 28% | 5,084 | 122 | 5,206 | (1,220) | (508) | 0 | (1,700) | (1,500) | 277 | | 7,394 |
| 2024 | 15,700 | 3,500 | 29% | 6,145 | 157 | 6,302 | (1,570) | (615) | 0 | (2,000) | (1,800) | 318 | | 9,872 |
| 2025 | 20,200 | 4,500 | 29% | 7,551 | 202 | 7,753 | (2,020) | (755) | 0 | (2,500) | (2,300) | 178 | | 12,827 |
| 2026 | 25,200 | 5,000 | 25% | 9,316 | 252 | 9,568 | (2,520) | (932) | 0 | (2,520) | (2,520) | 1,076 | | 16,960 |
| 2027 | 31,200 | 6,000 | 24% | 11,504 | 312 | 11,816 | (3,120) | (1,150) | 0 | (3,120) | (3,120) | 1,306 | | 21,002 |
| 2028 | 38,700 | 7,500 | 24% | 14,224 | 387 | 14,611 | (3,870) | (1,422) | 0 | (3,870) | (3,870) | 1,578 | | 26,055 |
| 2029 | 47,700 | 9,000 | 24% | 17,571 | 477 | 18,048 | (4,770) | (1,757) | 0 | (4,770) | (4,770) | 1,981 | | 32,110 |
| 2030 | 58,700 | 11,000 | 23% | 21,684 | 587 | 22,271 | (5,870) | (2,168) | 0 | (5,870) | (5,870) | 2,493 | | 39,509 |
| 2031 | 72,000 | 13,300 | 23% | 26,716 | 720 | 27,436 | (7,200) | (2,672) | 0 | (7,200) | (7,200) | 3,164 | | 48,448 |

### 2) Cash Flows — Other Cash Flows - Impact Balance Sheet — Net Cash — Investor Activity — Bottom Line

| Calendar Year | CASH EBITDA* Hold At | % Chg to Prior Yr | $ Put Into Funded Accts Investment Funds 10.0% | Escrow Fund Releases | Tax Exp 25.0% P&L | Deferred Taxes 9.4% Bal Sht | Work'g Capital 10% Bal Sht | Purch Fixed Assets Bal Sht | Invested in Affiliate Bal Sht | CF Before Investor Activity | Changes to Debt | Other Inc & Int (Expense) -12% | Net-Net CASH Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021ACT | 3,011 | 80% | (82.2) | 759 | 70 | 84 | (166) | | | 2,936 | 0 | (150) | 2,786 |
| 2022 | 5,416 | 80% | (521) | 1,083 | (52) | 20 | 823 | | | 6,768 | (1,750) | (150) | 6,768 |
| 2023 | 7,394 | 37% | (712) | 1,826 | (219) | 82 | (217) | Any additions to Fixd Asses or Investmt will be minor | | 8,154 | 0 | 0 | 6,254 |
| 2024 | 9,872 | 34% | (955) | 1,804 | (79) | 30 | (270) | | | 10,401 | 0 | 0 | 10,401 |
| 2025 | 12,827 | 30% | (1,265) | 256 | (44) | 17 | (350) | | | 11,440 | 0 | 0 | 11,440 |
| 2026 | 16,960 | 32% | (1,588) | 1,947 | (269) | 101 | (450) | | | 16,701 | 0 | 0 | 16,701 |
| 2027 | 21,002 | 24% | (1,970) | 1,154 | (326) | 122 | (500) | | | 19,482 | 0 | 0 | 19,482 |
| 2028 | 26,055 | 24% | (2,448) | 678 | (395) | 148 | (600) | | | 23,438 | 0 | 0 | 23,438 |
| 2029 | 32,110 | 24% | (3,013) | 613 | (495) | 186 | (750) | | | 28,650 | 0 | 0 | 28,650 |
| 2030 | 39,509 | 23% | (3,702) | 1,164 | (623) | 234 | (900) | | | 35,682 | 0 | 0 | 35,682 |
| 2031 | 48,448 | 23% | (4,528) | 1,471 | (791) | 297 | (1,100) | | | 43,796 | 0 | 0 | 43,796 |

Carry Over Net Cash Flow: 26,716

Residual Value Mult = 15.0 — 592,629

**Claims Fund = X% of Deferred Revenues less X% of Bank Escrow Bal

| Value Discount Rate = | 25.0% | 30.0% | 35.0% |
|---|---|---|---|
| NPV - End of Yr- 2022 | $134,965 | $104,696 | $83,850 |
| NPV - End of Yr- 2023 | $163,043 | $129,688 | $106,029 |
| NPV as of End of Yr- 2024 | $198,477 | $162,203 | $135,681 |
| EOY Cash Bal 15,053 / 11,307 / 31,708 | | | |

All NPV Calcs Use #s Above

All Discount Rates are applied to the same Net Cash Flows for Comparison

The NPV Calc is a more Comprehensive value approach since it also values future growth