# EXHIBIT C

**MONTIS TENURA, INC.**
**FW-CO, INC. (D/B/A FORTIS)**
**50 S. STEELE ST., SUITE 375**
**DENVER, CO 80209**

**Via email and FedEx for delivery December 26, 2024**

Mr. David Schupmann
Os440 Crego Place
Geneva, IL 60134
dpschupmann@gmail.com

December 24, 2024

### NOTICE OF TERMINATION OF EMPLOYMENT FOR CAUSE

Dear David:

In accordance with Section 3.2.1(b)i) and (ii) of the Employment Agreement signed on February 27, 2018 (the "Employment Agreement") between you and Fortis Warranty (including its parent and affiliates, the "Company"), **your employment is terminated effective immediately for Cause (as defined in the Agreement)**. This letter also terminates the paid administrative leave on which you were placed. Upon receipt of this notice, you have no responsibilities for the Company and have no authority to take actions on behalf of the Company. Please consider this letter proper notice under Section 7 of the Employment Agreement. A copy of the Employment Agreement is enclosed for your reference.

The Employment Agreement allows the Company to terminate you immediately for "fraud or dishonesty against the Company, or other acts or omissions which adversely impact the business or image of the Company or cause the Company to fall into disrepute," as well "willful misconduct or knowing violation of the law in the course of employment with the Company." We also believe you have breached fiduciary and other duties you owed to the Company at various stages during your employment. While the Company's investigation is on-going, the Company has substantial evidence that you (possibly in concert with others) diverted monies to yourself or others belonging to or that should have belonged to the Company; diverted Company opportunities to yourself, others, or to the entity which was formed during your employment as Chief Operating Officer of the Company; failed to follow Company policies or protocol in working with vendors and/or customers; and, engaged potentially other misconduct in violation of your Employment Agreement and contrary to law, the full extent of

1

which we are working to ascertain. The Company has determined that your conduct constitutes fraud or dishonesty against the Company or other acts or omissions that adversely impact the business of the Company, as well as willful misconduct which is Cause for immediate termination under the Employment Agreement.

You may contact ADP for the Company's 401(k) & Profit-Sharing Plan (800-929-2170 plan #082189), regarding your retirement plan distribution options. If you believe you are eligible, you also may file an unemployment claim in the first week that your employment stops, or your work hours are reduced.

The following Company property must be returned to me in the Denver office immediately.  Please take these items to any FedEx shipping office to be packaged and shipped using **FedEx Ground** and send me the tracking number. Use your company AMEX card, it will be activated for this transaction only:

> Laptop, keys, company documentation, company credit card and other company supplied materials, including all "Confidential Information," as defined in Subsection 5.1.3 of the Employment Agreement, and all copies in paper or electronic form.

You also are reminded of obligations you owe to the Company under the Employment Agreement, including without limitation your obligations regarding confidentiality and nondisclosure, Section 5.1.1 to 5.1.3 of the Employment Agreement; your agreement not to solicit employees or customers of the Company for two years, Section 5.2 of the Employment Agreement; and your agreement not to compete with the Company, Section 5.3 and 5.31 of the Employment Agreement, all of which survive your employment termination.

In addition to the foregoing, pursuant to the terms of that certain Non-Qualified Stock Option Agreement by and between you and Montis Tenura, Inc., all rights to the Options granted to you pursuant to such agreement are terminated including all vested and non-vested rights.

You are hereby notified that the Company's investigation of the above-mentioned activities is ongoing, and evidence continues to come to light of more actions similar to those that led to your termination for cause.  A complete and thorough investigation may require weeks or months to complete.  You are hereby notified that the Company is pursuing legal action against you.  You are therefore required to maintain all communications related to the Company's business in a complete and unaltered state, even if those communications were conducted on personal devices, and regardless of the form (paper, e-mail, or text or voice messages).

This letter does not constitute a complete or exhaustive statement of all the Company's rights, claims, contentions, or legal theories or the facts underlying

2

FP 53238981.1

them in connection with the Employment Agreement or applicable law. Nothing stated herein is intended as, nor should be deemed to constitute, a waiver or the relinquishment of any of the Company's rights or remedies, whether legal or equitable, all of which are expressly reserved.  No statement in this letter supersedes or modifies the Employment Agreement.

Sincerely,

Richard M. Lewis
President and Chief Executive Officer

Enclosure

3

FP 53238981.1