**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00254-NYW-TPO

FW-CO, INC.,
d/b/a Fortis Warranty

      Plaintiff and Counter-Defendant,

Rick Lewis,

      Counter-Defendant,

v.

CHARLES SCHULZ,
DAVID SCHUPMANN,

      Defendants and Counter-Claimants,

TRIDENT SOLUTIONS
OF SUGAR GROVE, LLC,

      Defendant.

───────────────────────────────────────────

**JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER**

───────────────────────────────────────────

Plaintiff FW-CO, Inc., d/b/a Fortis ("Fortis") and Defendants Charles Schulz, David Schupmann, and Trident Solutions of Sugar Grove, LLC (collectively, "Defendants") (each a "Party" and together, the "Parties"),[1] by and through their undersigned counsel, submit the following status report regarding discovery and settlement pursuant to the Court's October 1, 2025 Courtroom Minutes Order. The Parties further move to amend the June

---

[1] Please note that counsel for Fortis intends to file a notice of appearance for Mr. Richard Lewis once he is formally added as a party to this matter. Former counsel for Fortis accepted service on his behalf and answered counterclaims raised against him. *See* ECF Nos. 111, 112.

24, 2025 Scheduling Order, following the substitution of new counsel, to allow for the continuation of discovery and the opportunity for meaningful settlement discussions.

1. Fortis initially filed its Second Amended Complaint on August 7, 2025. Defendant-Counter Claimant Schupmann ("Schupmann") and Trident Solutions of Sugar Grove LLC ("Trident Solutions") filed their Answer and Counterclaim to the Second Amended Complaint on August 7, 2025. Defendant-Counter Claimant Schulz ("Schulz") also filed its Answer and Counterclaim to the Second Amended Complaint on August 7, 2025.

2. Pursuant to a Court Order on August 11, 2025, the Parties filed clean versions of the amended pleadings on August 12, 2025 (Fortis's Second Amended Complaint), August 13, 2025 (Schupmann and Trident Solutions' Answer and Counterclaim), and August 14, 2025 (Schulz's Answer and Counterclaim).

3. On November 14 and 17, 2025, Christine Lamb, Elizabeth Hartsel, and Megan Ratcliffe, of Senn Fortis LLC, entered their appearances on behalf of Fortis.

4. On November 17, 2025, counsel for Schupmann and Trident Solutions served supplemental and revised discovery responses, alongside a supplemental disclosure statement and privilege log to counsel of record.

5. On November 19, 2025, Michael P. Elkon, Francis A. Wilson, and Matthew T. Sharon withdrew as counsel for Fortis.

6. On November 30, 2025, counsel for Schulz served supplemental discovery responses, alongside an index and privilege log to counsel of record.

7. The Parties are actively conferring on an ESI protocol to ensure consistency in the production of further documents, to mitigate any potential motions' practice on the same, and to permit conferral on the methods for re-producing any previously served documents, as needed.

8. On December 4, 2025, counsel for the Parties met and conferred pertaining to the status of pending discovery and the possibility of settlement, following the completion of further discovery. Counsel for the Defendants stipulated to a deadline of January 12, 2025, for Plaintiff to serve responses to Schulz's First Set of Discovery and Schupmann's and Trident's Second Set of Discovery. Counsel for the Parties agreed to engage in productive settlement discussions following the completion of further discovery and substantive depositions.

9. The Parties further agreed that the current deadlines in the June 24, 2025 Scheduling Order ("Scheduling Order") would need to be extended to allow for continued discovery, substantive depositions, and settlement discussions.

10. Given the recent substitution of counsel for Fortis and ongoing discovery efforts aimed at progressing settlement discussions, the Parties jointly move to amend the Scheduling Order.

11. A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). To demonstrate good cause pursuant to Rule 16(b)(4), the Parties must "show that [they have] been diligent in attempting to meet the deadlines, which means [they] must provide an adequate explanation for any delay." *Strope v. Collins*, 315 Fed. Appx. 57, 61 (10th Cir. 2009) (citation omitted); *Minter v. Prime*

3

*Equip. Co.*, 451 F.3d 1196, 1205 n.4 (10th Cir. 2006). "Properly construed, 'good cause' means that scheduling deadlines cannot be met despite a party's diligent efforts." *Colo. Visionary Acad. v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000) (internal quotation and citation omitted). The "'good cause' requirement reflects the important role a scheduling order plays in the court's management of its docket." *Home Design Servs., Inc. v. Trumble,* No. 09–cv00964–WYD–CBS, 2010 WL 1435382, at *6 (D. Colo. April 6, 2010) (citations omitted).

12. There is good cause to extend the deadlines in the Scheduling Order. The Parties filed amended pleadings in August 2025, and new counsel appeared for Fortis in mid-November, just before the start of the holidays. The recent substitution of counsel has necessitated time for new counsel to become familiar with the pleadings, discovery record, and case posture, and to progress ongoing discovery. In that time, the Parties have been diligent in completing outstanding and ongoing discovery and have expressed willingness to engage in meaningful settlement efforts.

13. This is the first extension that any Party has requested of deadlines contained in the Scheduling Order. An extension will not unduly prejudice any Party or the Court. Instead, the extension will permit the continued exchange of documents and information, allow for substantive depositions, grant opportunities for settlement discussions, and permit new counsel for Fortis to get caught up to speed on the many claims and counterclaims in this case.

4

14. A Proposed Amended Scheduling Order is attached as **Exhibit A**. The Parties respectfully request this Court extend the deadlines as provided within the Proposed Amended Scheduling Order.

Respectfully submitted: January 7, 2026

| | |
|---|---|
| FW-CO, INC., d/b/a Fortis Warranty | CHARLES SCHULZ, |
| By its attorneys, | By his attorneys, |
| /s/ Megan M. Ratcliffe<br>Christine K. Lamb, Atty. Reg. #30326<br>Elizabeth T. Hartsel, Atty. Reg. #48254<br>Megan M. Ratcliffe, Atty. Reg. #56489<br>Senn Fortis LLC<br>1700 Lincoln Street, Suite 2100<br>Denver, CO 80203<br>Telephone: (303) 298-1122<br>clamb@sennfortis.com<br>lhartsel@sennfortis.com<br>mratcliffe@sennfortis.com | /s/Gary J. Benson<br>Gary J. Benson, Esq., #19681<br>Denesh Chukkapalli, #59028<br>Dworkin, Chambers, Williams, York, Benson & Evans P.C.<br>3900 E. Mexico Avenue, Suite 820<br>Denver, Colorado 80210<br>Telephone: 303-584-0990 Fax: 303-584-0995<br>E-mail: gbenson@dnvrlaw.com<br>dchukkapalli@dnvrlaw.com |

DAVID SCHUPMANN and TRIDENT SOLUTIONS OF SUGAR GROVE, LLC

By its attorneys,

 /s/ Kellie Fetter
Kellie Nelson Fetter
Patrick John Miller
Emily A. England
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
Email: eengland@taftlaw.com

5

kfetter@taftlaw.com
eengland@taftlaw.com

Case No. 1:25-cv-00254-NYW-TPO   Document 121   filed 01/07/26   USDC Colorado
pg 6 of 8

6

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I served the foregoing **JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Miller
Kellie Nelson Fetter
Emily A. England
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone: (303) 299-8354
Facsimile: (303) 298-0940
pmiller@taftlaw.com
kfetter@taftlaw.com
eengland@taftlaw.com
*Attorneys for Defendants David Schupmann and Trident Solutions of Sugar Grove, LLC*

Denesh Chukkapalli
Dworkin Chambers Williams York
Benson & Evans, PC
3900 East Mexico Avenue
Suite 820
Denver, CO 80210
303-584-0990
Fax: 303-584-0995
Email: dchukkapalli@dnvrlaw.com

Gary J. Benson
Dworkin Chambers Williams York
Benson & Evans, PC
3900 East Mexico Avenue
Suite 1300
Denver, CO 80210
303-584-0990
Fax: 303-584-0995
Email: gbenson@dnvrlaw.com
*Attorneys for Charles Schulz*

/s/ Katie Witt
Katie Witt
SENN FORTIS LLC

Case No. 1:25-cv-00254-NYW-TPO    Document 121    filed 01/07/26    USDC Colorado
pg 8 of 8