IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00254-NYW-TPO

FW-CO, INC. d/b/a Fortis Warranty, and

      Plaintiff and Counter-Defendant,

RICHARD LEWIS,

      Counter-Defendant

v.

CHARLES SCHULZ,
DAVID SCHUPPMAN, and

      Defendants and Counter-claimants

TRIDENT SOLUTIONS OF SUGAR GROVE, LLC,

      Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE OF TODD ROWDEN

Todd Rowden, of the law firm of Taft Stettinius & Hollister LLP, a member in good standing of the Bar of this Court, and pursuant to D.C.COLO.LAttyR 5(a), hereby enters his appearance on behalf of Defendant David Schuppman.

Dated this 4th day of March, 2026.

TAFT STETTINIUS & HOLLISTER LLPC

*s/ Todd Rowden*
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 527-4000
trowden@taftlaw.com
ATTORNEYS FOR DEFENDANTS DAVID SCHUPPMAN AND TRIDENT SOLUTIONS OF SUGAR GROVE, LLC

198661059v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2026, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF TODD ROWDEN** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record

*s/ Jessie K. Hanna*
Jessie K. Hanna, Legal Assistant

198661059v1