## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00254-NYW-TPO

FW-CO, INC. d/b/a Fortis Warranty, and

  Plaintiff and Counter-Defendant,

RICHARD LEWIS,

  Counter-Defendant

v.

CHARLES SCHULZ,
DAVID SCHUPMANN, and

  Defendants and Counter-claimants

TRIDENT SOLUTIONS OF SUGAR GROVE, LLC,

  Defendant.

## SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

David Philip Schupmann ("Schupmann"), a Defendant in the above-captioned proceeding, files this *Suggestion of Bankruptcy and Notice of Stay* and would respectfully show the Court the following:

1.  On March 30, 2026 (the "Petition Date"), Mr. Schupmann, a Defendant in the above-captioned proceeding, filed a Voluntary Petition for Individuals Filing Bankruptcy (the "Petition") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (Eastern

Division) (the "Bankruptcy Court"), commencing Case No. 26-05587. A copy of the Voluntary Petition is attached hereto as **Exhibit A** and a copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Code is attached hereto as **Exhibit B**.

2.    Pursuant to section 362 of the Bankruptcy Code, the filing of the Petition operates as a stay of:

a.    "[T]he commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the [D]ebtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

b.    [T]he enforcement, against the [D]ebtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

c.    [A]ny act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

d.    [A]ny act to create, perfect, or enforce any lien against property of the estate;

e.    [A]ny act to create, perfect, or enforce against property of the [D]ebtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

f.    [A]ny act to collect, assess, or recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

g.    [T]he setoff of any debt owing to the [D]ebtor that arose before the commencement of the case under this title against any claim against the [D]ebtor; and

12072647 v1

- 2 -

h. [T]he commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title."

11 U.S.C. § 362(a).

3. As a result of the operation of the automatic stay, all parties are stayed from any further continuation of these proceedings until such time as the Bankruptcy Court may order otherwise.

4. The automatic stay has not been lifted or otherwise modified; the automatic stay referenced above remains in effect.

5. Mr. Schupmann reserves its right to bring an action in the Bankruptcy Court for any violation of the automatic stay.

Dated: April 1, 2026.

Respectfully Submitted,

/s/ *Todd A. Rowden*
Todd A. Rowden
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
(312) 527-4111 (Fax)
trowden@taftlaw.com

12072647 v1

- 3 -

## CERTIFICATE OF SERVICE

I certify that today I served a copy of this **SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY** upon all counsel of record by filing it with the Court's electronic filing system.

Dated: April 1, 2026.

*s/ Todd A. Rowden*
Todd A. Rowden

199337648v1