**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00254-NYW-TPO

**FW-CO, INC., d/b/a FORTIS WARRANTY**,

      Plaintiff and Counter-Defendant;

**RICHARD LEWIS**,

      Counter-Defendant;

v.

**CHARLES SCHULZ**;
**DAVID SCHUPMANN**,

      Defendants and Counter-Claimants;

**TRIDENT SOLUTIONS OF SUGAR GROVE, LLC**; **ROOFING USA, LLC**; and
**INSTALLATION SERVICES LLC d/b/a TOPKEY CONSTRUCTION**,

      Defendants.

---

**INSTALLATION SERVICES LLC D/B/A TOPKEY CONSTRUCTION'S
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

---

# Exhibit 1

Docusign Envelope ID: C548F863-5FCB-8E9F-8339-19E6DE14BAEA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00254-NYW-TPO

**FW-CO, INC., d/b/a FORTIS WARRANTY**,

　　　　Plaintiff and Counter-Defendant;

**RICHARD LEWIS**,

　　　　Counter-Defendant;

v.

**CHARLES SCHULZ**;
**DAVID SCHUPMANN**,

　　　　Defendants and Counter-Claimants;

**TRIDENT SOLUTIONS OF SUGAR GROVE, LLC**; **ROOFING USA, LLC**; and
**INSTALLATION SERVICES LLC d/b/a TOPKEY CONSTRUCTION**,

　　　　Defendants.

---

**DECLARATION OF DANIEL SCHARDT IN SUPPORT OF
INSTALLATION SERVICES LLC D/B/A TOPKEY CONSTRUCTION'S
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

---

COMES NOW the Declarant, Daniel Schardt, in his capacity as President and authorized representative of the Defendant, Installation Services, LLC, d/b/a TopKey Construction ("**TopKey**"), and declares as follows:

1.　　I serve as the President of TopKey and am over eighteen years (18) old.

2.　　I have personal knowledge of the facts set forth herein.

3.　　My personal knowledge of the relevant facts and my ability to verify the truth of said facts is derived from: **(a)** my personal involvement in the matters presented herein and the management and affairs TopKey; **and (b)** the business records of TopKey.

Docusign Envelope ID: C548F863-5FCB-8E9F-8339-19E6DE14BAEA

4. TopKey is a Maryland limited liability company and its principal place of business located at 14880 Sweitzer Lane, Laurel, Maryland 20707.

5. TopKey provides roofing and other construction services in multiple states, primarily in Maryland and Virgina and other nearby states in the Mid-Atlantic.

6. TopKey does not now, nor has it ever employed, Charles Schulz or David Schupmann.

7. Trident Solutions of Sugar Grove, LLC and Roofing USA, LLC are **not** a subsidiary, affiliate, or entity owned or operated by TopKey.

8. Scott Reynolds worked for TopKey as a Project Estimator from July 12, 2022 to November 18, 2024.

9. TopKey is not incorporated in Colorado.

10. TopKey is not licensed to do business in Colorado.

11. TopKey does not own or lease property in Colorado.

12. TopKey does not maintain employees, offices, agents, or bank accounts in Colorado, nor has it recruited employees in Colorado.

13. TopKey does not maintain phone or fax listings in Colorado.

14. TopKey does not advertise or solicit business in Colorado.

15. TopKey has never sent salespersons to Colorado, solicited business in Colorado, nor prosecuted any roofing or other construction work in Colorado.

16. TopKey does not generate any revenue or pay taxes in Colorado.

17. TopKey has no physical presence of any kind in Colorado and does not maintain any operations in Colorado.

Docusign Envelope ID: C548F863-5FCB-8E9F-8339-19E6DE14BAEA

18.     The Park Shirlington Contract referenced in Plaintiff's Complaint was executed by Scott Reynolds without TopKey's knowledge or authority.

19.     Reynolds was not an officer at TopKey and was never given permission to execute the Park Shirlington Contract on behalf of TopKey.

20.     The Park Shirlington Contract referenced in Plaintiff's Complaint was voluntarily terminated by Fortis on August 31, 2023 before any work was undertaken.

21.     The Park Shirlington Contract and the Non-Disclosure Agreement were not negotiated, executed, or performed in Colorado.

22.     Schulz, Schupmann, and Trident were among many different sources from which TopKey received leads/referrals on potential projects to bid on and as to which TopKey would pay a referral fee if it won the project. These types of arrangements are common in the construction industry.

23.     At all times with respect to referrals from Trident, TopKey understood that Fortis was not interested in pursuing said project or had elected to decline to bid on same because Fortis was exclusively engaged in roof remediation and all such referrals were for re-roof projects.

### <u>Verification by Declaration</u>
### Unsworn Declarations Under Penalty of Perjury, 28 U.S.C. 1746

My name is **Daniel Schardt** and I am the President of Installation Services, LLC, d/b/a TopKey Construction ("**TopKey**"). I have personal knowledge of the facts set forth in the foregoing Declaration in support of the Motion to Dismiss filed on behalf of TopKey.

My personal knowledge of the relevant facts and my ability to verify the truth of said facts is derived from: **(1)** my personal involvement in the matters addressed in this lawsuit and the management and affairs TopKey; and **(2)** the business records of TopKey. The records upon which I have relied were made and maintained in the ordinary course of the regularly conducted business activities of TopKey, based upon information entered at or near the time such information was generated or received by persons employed by TopKey with direct and personal knowledge thereof. It was and is the regular practice of

Docusign Envelope ID: C548F863-5FCB-8E9F-8339-19E6DE14BAEA

TopKey to make and maintain such records, including the documents relating to the facts that are the subject of the above-styled action.

Under penalty of perjury under the laws of the United States of America, I do hereby swear or affirm that the facts presented in the foregoing Declaration are true and correct. I have duly executed the foregoing Declaration to verify the truth of all factual assertions made therein.

FURTHER DECLARANT SAYETH NAUGHT.

Signed by:

*Dan Schardt*

65A3DF48CEA1414...

**Daniel Schardt, President**
Installation Services, LLC,
d/b/a TopKey Construction

Dated: June 4, 2026