Docusign Envelope ID: 0D278ABA-207B-8233-8346-52655F89FDB2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00254-NYW-TPO

FW-CO, INC. d/b/a Fortis Warranty,

       Plaintiff/Counter-Defendant,

RICHARD LEWIS,

       Counter-Defendant,

v.

CHARLES SCHULZ,

DAVID SCHUPMANN,

       Defendants/Counter-Claimants,


TRIDENT SOLUTIONS OF SUGAR GROVE, LLC;

ROOFING USA, LLC; and

INSTALLATION SERVICES LLC d/b/a TOPKEY CONSTRUCTION,

       Defendants.

---

## DECLARATION OF BRIAN TICE

I, Brian Tice, make this Declaration pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge:

1. I am over the age of 18, and I am competent to testify as to all matters set forth herein. I have personal knowledge of all of the matters set forth herein, except for matters stated on information and belief.

2. I am the owner and Chief Executive Officer of Roofing USA, LLC ("Roofing USA") and have been since Roofing USA was formed in 2021.

3. Roofing USA is a limited liability company organized under the laws of South Carolina and headquartered in Ladson, South Carolina.

4. Roofing USA employs 15 employees.

5. No Roofing USA employee or member lives in Colorado. Roofing USA has three

Docusign Envelope ID: 0D278ABA-207B-8233-8346-52655F89FDB2

members, all of whom reside in South Carolina. To the extent I am or any other Roofing USA employee or member is a witness in this litigation, it would be time-consuming and expensive to travel to Colorado, as Roofing USA's headquarters is in Ladson, South Carolina, which is approximately 1,700 miles from Denver, Colorado.

6.    Roofing USA does not own property or maintain offices in Colorado.

7.    Roofing USA does not maintain any bank account, real or personal property, mailing address, or telephone listing in Colorado.

8.    Roofing USA is not registered or licensed to conduct business in Colorado and does not have a Colorado registered agent.

9.    Roofing USA has never filed a Colorado state tax return.

10.   Roofing USA has never conducted any business in Colorado. Roofing USA has only performed services in Virgina, North Carolina, South Carolina, Georgia, Florida, and North Dakota.

11.   Roofing USA does not advertise to or solicit Colorado residents. It does not have any Colorado customers, nor has it started or completed any project in Colorado.

12.   Because Roofing USA is a small business with only 15 employees, litigating this case in Colorado, away from any place Roofing USA conducts business, would strain the resources of Roofing USA.

13.   I, on behalf of Roofing USA, never directed Defendants Schulz or Schupmann to conduct any business or perform any services for Roofing USA in Colorado.

14.   At the time the allegations in the Third Amended Complaint are alleged to have taken place, I did not know that Fortis was a Colorado company.

I, Brian Tice, declare under penalty of perjury under the laws of the United States of

2

Docusign Envelope ID: 0D278ABA-207B-8233-8346-52655F89FDB2

America that the foregoing is true and correct.

Date: June 9, 2026

Signed by:

Brian Tice

97C5B49EC4E9497...

Brian Tice

3