

# OFFICE OF THE SECRETARY OF STATE

## JESSE WHITE-Secretary of State

11035795
SEPTEMBER 09, 2022

C T CORPORATION SYSTEM
 208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101


RE TRIDENT SOLUTIONS OF SUGAR GROVE LLC


DEAR SIR OR MADAM:

IT HAS BEEN OUR PLEASURE TO APPROVE AND PLACE ON RECORD THE ARTICLES OF
ORGANIZATION THAT CREATED YOUR LIMITED LIABILITY COMPANY.  WE EXTEND OUR
BEST WISHES FOR SUCCESS IN YOUR NEW VENTURE.

PLEASE NOTE! THE LIMITED LIABILITY COMPANY MUST FILE AN ANNUAL REPORT
PRIOR TO THE FIRST DAY OF THIS ANNIVERSARY MONTH NEXT YEAR. FAILURE TO
TIMELY FILE MAY RESULT IN PENALTY AND DISSOLUTION.
A PRE-PRINTED ANNUAL REPORT WILL BE MAILED TO THE REGISTERED AGENT AT
THE REGISTERED OFFICE ADDRESS APPROXIMATELY 45 DAYS BEFORE THE DUE DATE.

PUBLICATIONS/FORMS AND OTHER SERVICES ARE AVAILABLE ON OUR WEBSITE.
VISIT WWW.ILSOS.GOV TO VIEW THE STATUS OF THIS COMPANY,
PURCHASE A CERTIFICATE OF GOOD STANDING, OR EVEN FILE THE ANNUAL REPORT
REFERRED TO IN THE EARLIER PARAGRAPH.

SINCERELY YOURS,


JESSE WHITE
ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY DIVISION
217-524-8008

**EXHIBIT 2**
DS_00018734

Form **LLC-5.5**
February 2020

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.cyberdriveillinois.com

**Payment must be made by certified check, cashier's check, Illinois attorney's check, C.P.A.'s check or money order payable to Secretary of State.**

Illinois
Limited Liability Company Act

**Articles of Organization**

**SUBMIT IN DUPLICATE**
Type or print clearly.

Filing Fee: $150
Approved:

FILE #    11035795

This space for use by Secretary of State.

**FILED**

SEP 0 9 2022

**JESSE WHITE
SECRETARY OF STATE**

1. Limited Liability Company name (see Note 1): Trident Solutions of Sugar Grove LLC

2. Address of principal place of business where records of the company will be kept: (P.O. Box alone or c/o is unacceptable.)

   769 Heartland Drive, Suite D, Sugar Grove, IL 60554

3. Articles of Organization effective on: (check one)

   ☒ the filing date
   ☐ a later date (not to exceed 60 days after the filing date): _____
   Month, Day, Year

4. Registered agent's name and registered office address:

   Registered agent: C T Corporation System
   (P.O. Box alone or c/o is unacceptable.)

   | First Name | Middle Initial | Last Name |
   |---|---|---|

   Registered office: 208 S | LaSalle Street | Suite 814

   | Number | Street | Suite # |
   |---|---|---|

   Chicago | IL | 60604

   | City | | ZIP |
   |---|---|---|

   **Note: The registered agent must reside in Illinois. If the agent is a business entity, it must be authorized to act as agent in this state.**

5. Purpose(s) for which the Limited Liability Company is organized: (see Note 2)
   **The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act and/or exclusively for the purpose(s) stated below:**

   The transaction of any or all lawful business for which LImited Liability Companies may be organzied under this Act.

6. The duration of the company is perpetual unless otherwise stated. If the operating agreement provides for a dissolution date, enter that date here: _____,_____.
   Month/Day        Year

Printed by authority of the State of Illinois. March 2020 — 1 — LLC 4.25

IL052 - 08/10/2020 Wolters Kluwer Online

DS_00018735

**LLC-5.5**

7.  **Optional:** Other provisions for the regulation of the internal affairs of the company: (If additional space is needed, use standard sized

    paper.) _____

    _____

    _____

    _____

8.  The Limited Liability Company has or will have on the effective date of filing one or more members.

9.  Name(s) and business address(es) of the manager(s) and any member with the authority of manager: — *manager managed*

| Name | Number & Street | City | State | ZIP |
|---|---|---|---|---|
| David Schupmann (Manager) | 0s440 Crego Place | Geneva, IL 60134 | | |
| Charles Schwartz (Manager) | S31W37307 School Section Lake Road | Dousman, WI 53118 | | |
| | | | | |
| | | | | |
| | | | | |

(If additional space is needed, use standard sized paper.)

10. **Name and Address of Organizer(s):**

    I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge
    and belief, true, correct and complete.

    Dated: September 1 _____, 2022 _____
               Month/Day               Year

    1. _____
                 Signature

    Rebecca Smith, Organizer
    _____
    Name and Title (type or print)

    Taft Stettinius & Hollister LLP
    _____
    If organizer is signing for a company or other entity,
    state name of company or entity.

    1. 111 E. Wacker Drive, Suite 2800
        Number             Street

    Chicago
    _____
                City

    IL            60601
    _____
      State            ZIP

    2. _____
                 Signature

    _____
    Name (type or print)

    _____
    If organizer is signing for a company or other entity,
    state name of company or entity.

    2. _____
        Number             Street

    _____
                City

    _____
      State            ZIP

**Note 1**: The limited liability company name cannot contain any of the following terms or abbreviations including: Corporation, Incorporated, LTD., Co. or Limited Partnership. The name must contain the term **Limited Liability Company, LLC or L.L.C.** For the following two entity types: a company providing professional services licensed by the Illinois Department of Financial and Professional Regulation must instead contain the term or abbreviation **Professional Limited Liability Company, PLLC or P.L.L.C.** The name of a worker cooperative shall end with the term or abbreviation **Limited Worker Cooperative Association, LWCA or L.W.C.A.**

**Note 2**: A professional limited liability company must state the specific professional service or related professional services to be rendered by the professional limited liability company.

IL052 - 08/10/2020 Wolters Kluwer Online

DS_00018736