Message

**From**: Charlie Schulz [charlie@tridentsolutionscorp.com]
**Sent**: 8/26/2024 5:57:17 PM
**To**: David Schupmann [dave@tridentsolutionscorp.com]
**Subject**: Re: consulting agreement draft

To be clear though I thought you already had reviewed this deal with Roofing USA with him.  So is it the agreement or items we are offering that you want reviewed?

C

---

**From:** Charlie Schulz <charlie@tridentsolutionscorp.com>
**Sent:** Monday, August 26, 2024 12:55 PM
**To:** David Schupmann <dave@tridentsolutionscorp.com>
**Subject:** Re: consulting agreement draft

Sure.  Did you discuss the outstanding balance with Brian this morning?

---

**From:** David Schupmann <dave@tridentsolutionscorp.com>
**Sent:** Monday, August 26, 2024 12:40 PM
**To:** Charlie Schulz <charlie@tridentsolutionscorp.com>
**Subject:** Re: consulting agreement draft

Can you have Mike review just to verify this doesn't compete. I think the way you have it defined is correct and does not but would like him to verify for us.
Sent from my iPhone


On Aug 26, 2024, at 12:19 PM, Charlie Schulz <charlie@tridentsolutionscorp.com> wrote:


Dave

Take a look at this.  We'd pair it with a proposal for services is my thought.

Charlie

<LIMITED CONSULTING AGREEMENT Trident.Roofing USA 7.15.24.docx>

**EXHIBIT 4**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SCHULZ 010312