Docusign Envelope ID: 5328D2DD-E8DC-8CE3-82C1-28E21FDBBD8F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00254-NYW-TPO

FW-CO, INC.,
d/b/a FORTIS WARRANTY,

      Plaintiff and Counter-Defendant,

RICHARD LEWIS,

      Counter-Defendant,

v.

CHARLES SCHULZ,
DAVID SCHUPMANN,

      Defendants and Counter-Claimants,

TRIDENT SOLUTIONS
OF SUGAR GROVE, LLC; ROOFING USA, LLC; and
INSTALLATION SERVICES LLC d/b/a TOPKEY CONSTRUCTION,

      Defendants.

---

**DECLARATION OF RICHARD LEWIS IN SUPPORT OF FW-CO, INC.'S RESPONSE
TO ROOFING USA, LLC'S MOTION TO DISMISS**

---

I, Richard Lewis, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am over 18 years of age, of sound mind, and I am otherwise competent to make this Declaration. Everything in this Declaration is based on my own personal knowledge.

2.     I am the Chairman and CEO of FW-CO, Inc., d/b/a Fortis ("Fortis").

3.     I reside in Cherry Hills Village, Colorado, and Fortis's headquarters were previously located at 50 South Steele Street, Suite 375, in Denver, Colorado. Fortis's headquarters are now located in Greenwood Village, Colorado.

1

Docusign Envelope ID: 5328D2DD-E8DC-8CE3-82C1-28E21FDBBD8F

4.    Fortis was founded in 2003 and has always been based in Colorado.

5.    I hired Dave Schupmann ("Schupmann") to work for Fortis as the SVP of Sales & Marketing on February 27, 2018. He was promoted to Chief Operating Officer in October of 2021. His employment was ultimately terminated for misconduct on December 24, 2024. While employed by Fortis, Schupmann's company email address was dschupmann@fortis.us.com.

6.    Fortis's website, in 2024, 2025, and to the present day, has always had Fortis's Colorado Headquarters address on it at the bottom, under "Contact Information."

7.    In addition, all Fortis employees are and were expected to have Fortis's address and logo in their formal email signature, and we include our address and logo on all company letterhead and other formal documents.

8.    Schupmann hired Charles Schulz ("Schulz") to work for him in the sales and marketing group at a Senior Accounts Manager in June of 2018. Schulz's employment was ultimately terminated for misconduct on August 9, 2024. While employed by Fortis, Schulz's company email address was cschulz@fortis.us.com.

9.    **Exhibit 1** is a true and correct copy of an email that was kept on Fortis's email server in the ordinary course of business. It is an email that was transmitted from Schulz's work email to his personal email, with eight attached photographs.

10.    **Exhibit 2** is a true and correct copy of an email thread that was produced in this litigation by Schupmann. It shows that Schulz's email contained in Exhibit 1 was then forwarded by Schulz to himself and Schupmann at their Trident email addresses, and subsequently to Tice at Roofing USA.

11.    **Exhibit 3** is a true and correct copy of an email thread that was produced in this litigation by Schulz. It shows that Roofing USA was referring to Schupmann on July 22, 2024 as "our new sales consultant" and was using pictures that Schulz had sent to his personal email address from his Fortis email address in order to quote a project for one of Fortis's largest customers—Coca Cola. Not only that, but this email thread also shows Schulz telling Roofing USA to add an extra "$5k to this project sum and return to me," and Roofing USA obliging—presumably another inflated price to create a kickback for Schupmann.

12.    **Exhibit 4** is a true and correct copy of a document produced by Schupmann in this litigation. It shows Tice inviting dave@tridentsolutionscorp.com to "Join your team on Slack" "in a workspace called Roofing USA" on July 19, 2024.

13.    **Exhibit 5** is a true and correct copy of an email produced by Schulz in this litigation. It shows that on July 22, 2024, Schupmann sent Tice a PowerPoint presentation

2

Docusign Envelope ID: 5328D2DD-E8DC-8CE3-82C1-28E21FDBBD8F

titled "Roofing USA Commercial Service Sales Rep Kickoff Meeting," (the "Sales Rep Kickoff Presentation") for use at a meeting Roofing USA was having the next day.

14.    **Exhibit 6** is a true and correct copy of an email produced by Schulz in this litigation. It shows Schulz responding privately to Schupmann about the Sales Rep Kickoff presentation, "Looks familiar with some new pizzazz nice work."

15.    The reason that Schulz said that is because the Sales Rep Kickoff Presentation that Schupmann sent to Tice in 2024 was virtually identical to a 2018 "Fortis Sales Plan" PowerPoint that we used at Fortis—down to the same graphics and verbatim language.

16.    **Exhibit 7** is a true and correct copy of an email, with its attachment, that was produced by Schulz in this litigation that appears to have been sent on April 19, 2024.

17.    **Exhibit 8** is a true and correct copy of an email produced in this litigation by Schulz.

18.    **Verification of Complaint**: I personally authorized the filing of Fortis's Third Amended Complaint and Jury Demand [ECF 153] and its exhibits (the "Complaint"). I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe them to be true. As to those few allegations of which I do not have personal knowledge—which are identified as being based on "information and belief," I reasonably believe them to be true based on reliable information that includes Fortis's business records, documents produced in this case, witness accounts, publicly available information, common sense, and plausible inferences from facts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/14/2026_____ [DATE].

Signed by:
_____Richard M Lewis_____
6BFD5E7F75C44D7...

Richard Lewis