**From:** Charlie Schulz
**Sent:** Monday, July 22, 2024 11:00 AM MDT
**To:** Charlie Schulz <schulzcd@icloud.com>
**Subject:** Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7
**Attachments:** pic 8.jpg, pic 1.jpg, pic 3.jpg, pic 4.jpg, pic 5.jpg, pic 6.jpg, pic 7.jpg

Your message is ready to be sent with the following file or link attachments:

pic 8
pic 1
pic 3
pic 4
pic 5
pic 6
pic 7

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**EXHIBIT 1**