Message

---

**From:**       David Schupmann [dave@tridentsolutionscorp.com]
**Sent:**       7/22/2024 9:55:49 PM
**To:**         Brian Tice [brian@roofingusa.com]; Steve Guaglianone [steve@roofingusa.com]
**CC:**         Charlie Schulz [charlie@tridentsolutionscorp.com]
**Subject:**    Fwd: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7
**Attachments:** pic 8.jpg; pic 1.jpg; pic 3.jpg; pic 4.jpg; pic 5.jpg; pic 6.jpg; pic 7.jpg


Brian and Steve

Here are the details for those skylights in Monroe we talked about earlier, we can talk about it more after the call tomorrow with Charlie.

Thanks

Dave

---------- Forwarded message ---------
From: **Charlie Schulz** <schulzcd@icloud.com>
Date: Mon, Jul 22, 2024 at 12:06 PM
Subject: Fwd: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7
To: Charlie Schulz Trident Solutions Corp <charlie@tridentsolutionscorp.com>, David Schupmann <dave@tridentsolutionscorp.com>


Dave

Attached are the pictures of the skylights I need a quote to replace in Monroe NC

16 each @ 36"x120 (dome dimensions)

Roof is 60 mil TPO MA

Fairly straightforward I have a shot of the building to show height/access.

Coca-Cola
4268 Capital Drive
Monroe NC 28110

Thanks.

Charlie
262-269-2749

Sent from my iPhone

Begin forwarded message:

**From:** Charlie Schulz <cschulz@fortis.us.com>
**Date:** July 22, 2024 at 12:01:07 PM CDT

**EXHIBIT 2**
DS_00018796

**To:** Charlie Schulz <schulzcd@icloud.com>
**Subject: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7**

Your message is ready to be sent with the following file or link attachments:

pic 8
pic 1
pic 3
pic 4
pic 5
pic 6
pic 7

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.



DS_00018797



DS_00018798



DS_00018799



DS_00018800



DS_00018801



DS_00018802



DS_00018803