Message
_____

**From:**       Cullen Faulkner [cullen.faulkner@roofingusa.com]
**Sent:**       7/25/2024 4:07:49 PM
**To:**         Charlie Schulz [charlie@tridentsolutionscorp.com]
**CC:**         dave@tridentsolutionscorp.com; Steve Guaglianone [steve@roofingusa.com]; Ryan Rodriguez
                [ryan.rodriguez@roofingusa.com]
**Subject:**    Re: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7
**Attachments:** Coca-Cola - Skylights .docx .pdf

Charlie,

Here is the proposal with the 5k added on.
Please let me know if there is anything else.

Thank you,

On Thu, Jul 25, 2024 at 11:38 AM Charlie Schulz <charlie@tridentsolutionscorp.com> wrote:
  Cullen

  Please add $5k to this project sum and return to me. Much appreciated.

  Best,

  Charlie


        On Jul 24, 2024, at 4:23 PM, Cullen Faulkner <cullen.faulkner@roofingusa.com> wrote:


        Good Afternoon Guys,

        Below I have attached the quote for this project. Please let me know if I need to make any
        amendments.

        Thank you,

        On Mon, Jul 22, 2024 at 8:03 PM Steve Guaglianone <steve@roofingusa.com> wrote:
          Cullen and Sam,

          See below. This is from our new sales consultant Dave. He had Coca Cola as a national
          account. I need a price on this please.


          Stephen Guaglianone
          Roofing USA
          www.roofingusa.com

          Begin forwarded message:

                **From:** David Schupmann <dave@tridentsolutionscorp.com>
                **Date:** July 22, 2024 at 5:55:59 PM EDT
                **To:** Brian Tice <brian@roofingusa.com>, Steve Guaglianone

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**

SCHULZ 019097

<steve@roofingusa.com>
**Cc:** Charlie Schulz <charlie@tridentsolutionscorp.com>
**Subject: Fwd: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7**


Brian and Steve

Here are the details for those skylights in Monroe we talked about earlier, we can talk about it more after the call tomorrow with Charlie.

Thanks

Dave

---------- Forwarded message ---------
From: **Charlie Schulz** <schulzcd@icloud.com>
Date: Mon, Jul 22, 2024 at 12:06 PM
Subject: Fwd: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7
To: Charlie Schulz Trident Solutions Corp
<charlie@tridentsolutionscorp.com>, David Schupmann
<dave@tridentsolutionscorp.com>


Dave

Attached are the pictures of the skylights I need a quote to replace in Monroe NC

16 each @ 36"x120 (dome dimensions)

Roof is 60 mil TPO MA

Fairly straightforward I have a shot of the building to show height/access.

Coca-Cola
4268 Capital Drive
Monroe NC 28110

Thanks.

Charlie
262-269-2749

Sent from my iPhone

Begin forwarded message:

> **From:** Charlie Schulz <cschulz@fortis.us.com>
> **Date:** July 22, 2024 at 12:01:07 PM CDT
> **To:** Charlie Schulz <schulzcd@icloud.com>
> **Subject: Emailing: pic 8, pic 1, pic 3, pic 4, pic 5, pic 6, pic 7**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Your message is ready to be sent with the following file or link attachments:

pic 8
pic 1
pic 3
pic 4
pic 5
pic 6
pic 7


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
<pic 8.jpg>
<pic 1.jpg>
<pic 3.jpg>
<pic 4.jpg>
<pic 5.jpg>
<pic 6.jpg>
<pic 7.jpg>


--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SCHULZ 019099

**Cullen Faulkner**

Service Manager

Roofing USA



 843-242-3255 | 843-642-4858

 cullen.faulkner@roofingusa.com

 http://roofingusa.com

349 W Coleman Blvd, #202, Mount Pleasant, SC, 29464

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SCHULZ 019100







<Coca-Cola - Skylights .docx.pdf>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    SCHULZ 019101

--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SCHULZ 019102

**Cullen Faulkner**

Service Manager

Roofing USA

---

 843-242-3255 │ 843-642-4858

 cullen.faulkner@roofingusa.com

 http://roofingusa.com

 349 W Coleman Blvd, #202, Mount Pleasant, SC, 29464

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SCHULZ 019103





  

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    SCHULZ 019104