**From:** Slack <no-reply-qYnJqWwIIqFpsnAHiUu0g6Pa@slack.com>
**Sent:** Fri 7/19/2024 6:39:05 PM (UTC)
**To:** dave@tridentsolutionscorp.com
**Subject:** Brian has invited you to work with them in Slack



# Join your team on Slack

**Brian** ([brian@roofingusa.com](mailto:brian@roofingusa.com)) has invited you to use Slack with them, in a workspace called **Roofing USA**.



## Roofing USA

JOIN NOW

Join the conversation with **Tanner Allen**, **Chris** and **39** others.



Once you join, you can always access the **Roofing USA** workspace at [https://roofing-usa.slack.com/](https://roofing-usa.slack.com/)

## What is Slack?

Slack is a messaging app for teams, a place you can collaborate on projects and organize conversations — so you can work together, no matter where you are.

Learn more about Slack




Our Blog | Policies | Help Center | Slack Community

©2024 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, 3rd Floor, San Francisco, CA 94105

All rights reserved.

**EXHIBIT 4**

DS_00018239

DS_00018240