Message
_____

**From**:         David Schupmann [dave@tridentsolutionscorp.com]
**Sent**:         7/22/2024 10:39:07 PM
**To**:           Brian Tice [brian@roofingusa.com]; Steve Guaglianone [steve@roofingusa.com]
**CC**:           Charlie Schulz [charlie@tridentsolutionscorp.com]
**Subject**:      Service Sales Rep Kick Off Presentation
**Attachments**:  RUSA Service Sales Rep Kickoff DRAFT 072324 v2.pdf


Brian and Steve,

Please see the attached and updated v2 presentation for the meeting tomorrow.  I'll run it off my computer.

Thanks,

Dave

**EXHIBIT 5**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                    SCHULZ 019039