Message

**From**: Charlie Schulz [charlie@tridentsolutionscorp.com]
**Sent**: 7/22/2024 10:51:12 PM
**To**: David Schupmann [dave@tridentsolutionscorp.com]
**Subject**: Re: Service Sales Rep Kick Off Presentation


Looks familiar with some new pizzazz nice work.

Best,

Charlie

> On Jul 22, 2024, at 5:39 PM, David Schupmann <dave@tridentsolutionscorp.com> wrote:
>
>
> Brian and Steve,
>
> Please see the attached and updated v2 presentation for the meeting tomorrow.  I'll run it off my computer.
>
> Thanks,
>
> Dave
> <RUSA Service Sales Rep Kickoff DRAFT 072324 v2.pdf>

**EXHIBIT 6**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER